This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5,**

Plaintiff-Appellant,

**v.**                                                    **No. 32,316**

**KEITH D. WILMOT, THERESA V. WILMOT, and FIRST AMERICAN TITLE INSURANCE COMPANY,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

Castle Stawiarski LLC
Elizabeth Dranttel
Peggy A. Whitmore
Albuquerque, NM

for Appellant

Keith D. Wilmot
Albuquerque, NM

Pro Se Appellee

Theresa V. Wilmot
Albuquerque, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the second notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

For the reasons set forth in our second notice of proposed summary disposition filed January 3, 2013, we AFFIRM the district court's denial of various requested fees and costs.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____

**LINDA M. VANZI, Judge**